STATE OF NEW JERSEY v. GREGORY SMITH.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. PATRICK MANNING.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM CINTON LEWIS.

July 2, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. KENNETH ELLERBEE.

July 2, 1984.

Petition for certification denied.